# EXHIBIT G

1726 Creekside Ln.
Vista, CA 92081

Thurman K. Page
Petitions Examiner
Office of Petitions
United States Patent and Trademark Office
P.O. BOX 1450
Alexandria, VA 22313-1450

**RECEIVED**

**JUL 1 1 2011**

OFFICE OF PETITIONS

In re Patent No.: 5,796,183
Issue Date: August 18, 1998
Application No.: 08/601,268
Filed: January 31, 1996

Date of this letter: July, 8, 2011

Dear Thurman K. Page:

I received an email from Robert C. Tuttle, one of Nartron Corporation's attorneys, asking me to sign (under oath ) a Declaration for Patent Application and Power of Attorney, to include John M. Washeleski and Stephen R. W. Cooper. I CANNOT do that since that would be a false statement. I was the sole inventor on patent 5,796,183 and adding Washeleski and Cooper to the patent as co-inventors would be a lie. I signed the Consent form because Nartron's attorneys had been threatening me by lawsuit and thousands of dollars in attorney fees. I had no money to fight them and I signed the consent to get them off my back since they had been harassing me since December of 2008. Now, I am getting this Declaration form, and I am being asked to sign under oath and if a false statement is made, it is punishable by prison and fines. I simply cannot sign, both morally and legally.

If you have any questions, please let me know.

Sincerely,

Byron Hourmand

Exhibit E