UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UUSI, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE, INC.,<br><br>　　　　　Defendant. | Case No. 4:18-cv-04637-JD<br><br>**[PROPOSED] ORDER DENYING APPLE INC.'S MOTION FOR ORDER REQUIRING PLAINTIFF TO IDENTIFY ASSERTED CLAIMS PURSUANT TO PATENT LOCAL RULE 3-1(A) AND RENEWED MOTION TO STAY**<br><br>Date:　　October 25, 2018<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 11, 19th Floor<br>Before:　Hon. James Donato |

Case No. 5:18-cv-04637 JD　　　　　[PROPOSED] ORDER DENYING APPLE INC.'S MOTION FOR ORDER REQUIRING PLAINTIFF TO IDENTIFY ASSERTED CLAIMS AND RENEWED MOTION TO STAY

4851-5507-1606

This matter comes before the Court on Defendant Apple Inc.'s Motion for Order Requiring Plaintiff to Identify Asserted Claims Pursuant to Patent Local Rule 3-1(a) and Renewed Motion to Stay ("Motion").  Having considered the arguments and papers submitted,

IT IS HEREBY ORDERED THAT Apple's Motion is DENIED:

DATED: _____ 2018

_____
The Honorable James Donato
UNITED STATES DISTRICT JUDGE

McKool Smith Hennigan, P.C.
Los Angeles, CA

-1-
Case No. 5:18-cv-04637 JD         [PROPOSED] ORDER DENYING APPLE INC.'S MOTION FOR ORDER REQUIRING PLAINTIFF TO IDENTIFY ASSERTED CLAIMS AND RENEWED MOTION TO STAY
4851-5507-1606

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 4, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*/s/ Yoshie Botta*
Yoshie Botta

-1-

Case No. 5:18-cv-04637 JD                                                                                    CERTIFICATE OF SERVICE

4851-5507-1606