1  BITA RAHEBI (CA SBN 209351)
   BRahebi@mofo.com
2  ROSE S. LEE (CA SBN 294658)
   RoseLee@mofo.com
3  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
4  Los Angeles, California  90017-3543
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  RICHARD S.J. HUNG (CA SBN 197425)
   RHung@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California  94105-2482
   Telephone: 415.268.7000
9  Facsimile: 415.268.7522

10 Attorneys for Defendant
   APPLE INC.

11 [PLAINTIFF'S COUNSEL ON
12 SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UUSI, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No.   18-cv-04637-JD <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER ON APPLE'S MOTION FOR ORDER REQUIRING PLAINTIFF TO IDENTIFY ASSERTED CLAIMS PURSUANT TO PATENT LOCAL RULE 3-1(A) AND RENEWED MOTION TO STAY** <br><br> Judge:      Hon. James Donato |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 7-12, Plaintiff UUSI, LLC d/b/a Nartron ("Nartron") and |
| 2 | Defendant Apple Inc. (collectively, "the Parties"), by and through their respective counsel, submit |
| 3 | the following stipulation to resolve Apple's Motion for an Order requiring Nartron to Identify |
| 4 | Asserted Claims Pursuant to Patent Local Rule 3-1(a) and Renewed Motion to Stay ("Motion"); |
| 5 | WHEREAS, Nartron has identified all asserted claims pursuant to Patent Local Rule 3- |
| 6 | 1(a) and filed its disclosure on October 23, 2018; |
| 7 | WHEREAS, the Parties have agreed and request that the Court stay the current action |
| 8 | pending Samsung's appeal before the Federal Circuit in the action entitled *Samsung Elecs. Co.,* |
| 9 | *Ltd. v. UUSI, LLC d/b/a Nartron*, IPR2016-00908, No. 18-1310 (Fed. Cir. 2018); |
| 10 | WHEREAS, the stay will expire seven (7) days after the Federal Circuit's opinion |
| 11 | regarding IPR2016-00908; |
| 12 | WHEREAS, should either party seek a further stay, they will file a new motion to stay the |
| 13 | proceedings; |
| 14 | WHEREAS, the parties request that the Court vacate the October 25, 2018 hearing on |
| 15 | Apple's Motion in light of this stipulation. |
| 16 | WHEREAS, the parties jointly request that the Case Management Conference scheduled |
| 17 | for November 8, 2018 be vacated if the Court grants the proposed stay. |
| 18 | **IT IS SO STIPULATED.** |

| | | |
|---|---|---|
| Dated: October 23, 2018 | By: | */s/ Bita Rahebi* |
| | | BITA RAHEBI |

BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

| | | |
|---|---|---|
| Dated: October 23, 2018 | By: | */s/ Lawrence M. Hadley* |
| | | LAWRENCE M. HADLEY |

**MCKOOL SMITH HENNIGAN, P.C.**
LAWRENCE M. HADLEY (SBN 157728)
lhadley@mckoolsmithhennigan.com
RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
T: (213) 694-1200; F: (213) 694-1234

Attorneys for Plaintiff,
UUSI, LLC

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from any other signatory in this document.

　　　　　　　　　　　*/s/ Bita Rahebi*
　　　　　　　　　　　BITA RAHEBI

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____
　　　　　　　　　　　The Honorable James Donato