BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

[PLAINTIFF'S COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UUSI, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No.   18-cv-04637-JD<br><br>**JOINT NOTICE REGARDING FEDERAL CIRCUIT'S DECISION IN *SAMSUNG ELECS. CO., LTD. v. UUSI, LLC d/b/a NARTRON*, NO. 18-1310 (FED. CIR. 2018)**<br><br>Judge:    Hon. James Donato |

Pursuant to the Court's October 24, 2018 Order (ECF No. 68) staying this case pending the Federal Circuit's decision in *Samsung Elecs. Co., Ltd. v. UUSI, LLC d/b/a Nartron*, IPR2016-00908, No. 18-1310 (Fed. Cir. 2018), Plaintiff UUSI, LLC d/b/a Nartron ("Nartron") and Defendant Apple Inc. (collectively, "the Parties"), by and through their respective counsel, provide the following notice to the Court of the Federal Circuit's decision:

On June 18, 2019, the Federal Circuit issued a decision in *Samsung Elecs. Co., Ltd. v. UUSI, LLC d/b/a Nartron*, IPR2016-00908, No. 18-1310 (Fed. Cir. 2018), vacating the Patent Trial and Appeal Board's decision in IPR2016-00908 and remanding for further proceedings consistent with the Federal Circuit's opinion. A true and correct copy of the Federal Circuit's decision is attached hereto as **Exhibit A**.

| | | |
|---|---|---|
| Dated: July 15, 2019 | By: | */s/ Bita Rahebi* |
| | | BITA RAHEBI |

BITA RAHEBI (CA SBN 209351)
BRahebi@mofo.com
ROSE S. LEE (CA SBN 294658)
RoseLee@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

RICHARD S.J. HUNG (CA SBN 197425)
RHung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
APPLE INC.

| | | |
|---|---|---|
| Dated: July 15, 2019 | By: | */s/ Lawrence M. Hadley* |
| | | LAWRENCE M. HADLEY |

**Glaser Weil Fink Howard Avchen & Shapiro LLP**
LAWRENCE M. HADLEY (SBN 157728)
LHadley@glaserweil.com
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
T: (310) 282-6235; F: (310) 785-3535

Attorneys for Plaintiff,
UUSI, LLC

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that the concurrence in the filing of this document has been obtained from any other signatory in this document.

                               */s/ Bita Rahebi*
                               BITA RAHEBI