**DICKINSON WRIGHT PLLC**
John S. Artz
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
Telephone: (248) 433-7200
Email: jsartz@dickinsonwright.com

*Attorney for Defendant*
*Apple, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UUSI, LLC | CASE NO.: 3:18-cv-04637-JD |
| Plaintiff, | |
| v. | |
| | JUDGE: Hon. James Donato |
| APPLE, INC., | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF JOHN S. ARTZ AS COUNSEL FOR DEFENDANT APPLE INC.

John S. Artz of the law firm Dickinson Wright PLLC at its offices located at 350 S. Main Street, Suite 300, Ann Arbor, Michigan 48104, hereby withdraws his appearance as counsel for Defendant Apple Inc. in the above-captioned action.

Daniel D. Quick of Dickinson Wright PLLC will continue as counsel of record for Defendant in this proceeding. Therefore, this withdrawal no way affects the continuing representation of Defendant by the law firm Dickinson Wright PLLC.

DICKINSON WRIGHT PLLC

*/s/ John S. Artz*
John S. Artz (P48578)
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104

(248) 433-7262
jsartz@dickinsonwright.com

Dated:  May 16, 2025

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2025, I caused to have electronically filed the foregoing paper with the Court's electronic filing system, which will send notification of such filing to counsel of record.

DICKINSON WRIGHT PLLC

/s/ *John S. Artz*
John S. Artz (P48578)
350 S. Main Street, Suite 300
Ann Arbor, Michigan 48104
(248) 433-7262
jsartz@dickinsonwright.com