1  Lawrence M. Hadley (SBN 157728)
   lhadley@glaserweil.com
2  Stephen E. Underwood (SBN 320303)
   SUnderwood@glaserweil.com
3  Lara A. Petersen (SBN 318475)
   LPetersen@glaserweil.com
4  GLASER WEIL FINK HOWARD
     JORDAN & SHAPIRO LLP
5  10250 Constellation Blvd., 19th Floor
   Los Angeles, California 90067
6  T: (310) 282-6235
   F: (310) 785-3535
7
   Attorneys for Plaintiff
8  UUSI, LLC

9

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| UUSI, LLC, | Case No. 3:18-cv-04637-JD |
|---|---|
| Plaintiff, | **PLAINTIFF UUSI, LLC'S UNOPPOSED ADMINISTRATIVE MOTION TO CONTINUE JUNE 5, 2025 HEARING ON MOTION TO ENFORCE SETTLEMENT AGREEMENT** |
| v. | |
| APPLE INC., | |
| Defendant. | Judge: Hon. James Donato<br>Courtroom 11 |

1    Plaintiff UUSI, LLC d/b/a Nartron ("Nartron" or "Plaintiff") hereby moves unopposed to continue the hearing date on Nartron's Motion to Enforce the Settlement Agreement (Dkt. No. 151), currently set for June 5, 2025, until June 26, 2025, or such other date as may be convenient for the Court.

Nartron's counsel met and conferred with Apple's counsel, who indicated they would not oppose Nartron's request. Nartron requests this continuance because its counsel, Lawrence Hadley and Stephen Underwood of Glaser Weil LLP, are currently conducting a jury trial in San Diego Superior Court that began on May 19, 2025, and will continue until approximately June 19, 2025. The case is *StemExpress, LLC v. Molly Kent et al.*, San Diego Sup. Ct. No. 37-21-872.

At the time Nartron filed its motion to enforce the settlement agreement, trial in *StemExpress v. Kent* was expected to begin on May 2, 2025, and be completed prior to June 5, 2025, the day Nartron originally noticed for the hearing.

Accordingly, Nartron hereby requests:

1) The hearing on Nartron's motion to enforce be continued from June 5, 2025 to June 26, 2025, or such other date as may be convenient for the Court.

Dated: May 28, 2025                    Respectfully submitted,

                                        GLASER WEIL FINK HOWARD
                                          JORDAN & SHAPIRO LLP

                                        By: */s/ Lawrence M. Hadley*
                                            LAWRENCE M. HADLEY
                                            STEPHEN E. UNDERWOOD
                                            LARA A. PETERSEN

                                        *Attorneys for Plaintiff UUSI LLC*