| | |
|---|---|
| Lawrence M. Hadley (SBN 157728) <br> lhadley@glaserweil.com <br> Stephen E. Underwood (SBN 320303) <br> SUnderwood@glaserweil.com <br> GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP <br> 10250 Constellation Blvd., 19th Floor <br> Los Angeles, California 90067 <br> T: (310) 282-6235 <br> F: (310) 785-3535 <br><br> Attorneys for Plaintiff <br> UUSI, LLC | Bita Rahebi (CA SBN 209351) <br> brahebi@mofo.com <br> Rose S. Lee (CA SBN 294658) <br> roselee@mofo.com <br> Zach B. Quinlan (CA SBN 348240) <br> zquinlan@mofo.com <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard, Suite 6000 <br> Los Angeles, California 90017-3543 <br> Telephone: 213.892.5200 <br> Facsimile: 213.892.5454 <br><br> Richard S.J. Hung (CA SBN 197425) <br> rhung@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: 415.268.7000 <br> Facsimile: 415.268.7522 <br><br> Lily Yue Li (CA SBN 287280) <br> yli@mofo.com <br> Aaron D. Bray (CA SBN 327771) <br> ABray@mofo.com <br> W. Stella Mao (CA SBN 335136) <br> smao@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California 94304 <br> Telephone: 650.813.5600 <br> Facsimile: 650.494.0792 <br><br> Attorneys for Defendant <br> APPLE INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UUSI, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | Case No. 3:18-cv-04637-JD <br><br> **JOINT NOTICE REGARDING USE OF DARRAN CARINS DEPOSITION** <br><br> Judge: Hon. James Donato <br> Courtroom 11 |

1  Plaintiff UUSI, LLC ("UUSI" or "Plaintiff") and Defendant Apple Inc. ("Apple" or "Defendant") (collectively, the "Parties") hereby submit this joint notice to advise the Court of an agreement they have reached regarding the use of deposition testimony by Dr. Darran Cairns, technical expert for UUSI, in connection with dispositive motion briefing.

Dispositive motions are due on August 25, 2025. Dkt. 129. The Parties originally scheduled Dr. Cairns's deposition for August 11, 2025. However, on August 10, 2025—the day before his deposition—Dr. Cairns suffered a severe eye injury that rendered him unable to appear. Dr. Cairns is still recovering from his injury. It is expected that Dr. Cairns will not be medically able to sit for his deposition until on or after August 26, 2025, which is after the deadline for dispositive motions. The parties are working diligently to schedule and complete Dr. Cairns's deposition as soon as practicable. Given the circumstances, the Parties have agreed that Dr. Cairns's deposition testimony may be cited in responses and replies to dispositive motions.

Dated: August 20, 2025

By: */s/ Lawrence Hadley*
LAWRENCE M. HADLEY

GLASER WEIL FINK HOWARD & SHAPIRO LLP
Lawrence M. Hadley (SBN 157728)
LHadley@glaserweil.com
Stephen E. Underwood (SBN 320303)
SUnderwood@glaserweil.com
10250 Constellation Blvd., 19th Floor
Los Angeles, California 90067
T: (310) 282-6235; F: (310) 785-3535

*Attorneys for Plaintiff*
UUSI LLC

| | |
|---|---|
| Dated:  August 20, 2025 | By: */s/ Bita Rahebi*<br>       BITA RAHEBI<br><br>BITA RAHEBI (CA SBN 209351)<br>BRahebi@mofo.com<br>ROSE S. LEE (CA SBN 294658)<br>RoseLee@mofo.com<br>ZACH B. QUINLAN (CA SBN 348240)<br>ZQuinlan@mofo.com<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard, Suite 6000<br>Los Angeles, California  90017-3543<br>Telephone:     213.892.5200<br>Facsimile:      213.892.5454<br><br>RICHARD S.J. HUNG (CA SBN 197425)<br>RHung@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br><br>LILY YUE LI (CA SBN 287280)<br>YLi@mofo.com<br>AARON D. BRAY (CA SBN 327771)<br>ABray@mofo.com<br>W. STELLA MAO (CA SBN 335136)<br>SMao@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: 650.813.5600<br>Facsimile: 650.494.0792<br><br>*Attorneys for Defendant*<br>APPLE INC. |